# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|                              |   |                    |
|------------------------------|---|--------------------|
| UNITED STATES OF AMERICA,    | ) |                    |
|                              | ) |                    |
| Plaintiff,                   | ) |                    |
|                              | ) |                    |
| v.                           | ) | Case No. 06-20183  |
|                              | ) |                    |
| CARLOS LOPEZ,                | ) |                    |
|                              | ) |                    |
| Defendant.                   | ) |                    |

## MEMORANDUM AND ORDER

Defendant Carlos Lopez was convicted by a jury of conspiracy to possess with intent to distribute and possession with intent to distribute methamphetamine. He was sentenced to 360 months imprisonment.

Mr. Lopez has now filed a motion asking the court to order his attorney, Michael L. Harris of the Federal Public Defender's Office,to provide him with "a copy of all the case documents" from his case. (Doc. 139.) Mr. Lopez seeks these documents to assist in filing an appeal.

In response to the motion, Mr. Harris represented that he mailed to Mr. Lopez a copy of the indictment, a transcript of the suppression hearing, the memorandum and order from the suppression hearing, the trial transcript, the ruling on the motion for a new trial, the sentencing transcript, the judgment and commitment order, and the Tenth Circuit Court of Appeals opinion. Mr. Harris also notes that copies of the briefs filed in

the appeal had been previously provided to Mr. Lopez.

In light of Mr. Harris's response, it appears that Mr. Lopez has received the relief he is seeking and so his motion is denied as moot.

**IT IS ORDERED BY THE COURT** that defendant's motion to compel (doc. 139) is denied as moot.

**IT IS SO ORDERED** this 12th day of October, 2010.

                                        s/ John W. Lungstrum
                                        John W. Lungstrum
                                        United States District Judge