IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
|     Respondent/Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 06-20183-01-JWL |
| | ) | | |
| | ) | | |
| **CARLOS LOPEZ,** | ) | | |
|     Movant/Defendant. | ) | | |
| _____ | ) | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION UNDER TITLE 18, UNITED STATES CODE, SECTION 3582(c)(2)**

The United States of America, by and through undersigned counsel, responds to Defendant's motion under 18 U.S.C. § 3582(c)(2) and U.S.C. §1B1.10. (Doc. 187.) The Government agrees Defendant is eligible for a two level reduction in his total offense level pursuant to Amendment 782, which became effective November 1, 2014. However, the Government opposes Defendant's request that the Court resentence him at the low end of the newly calculated United States Sentencing Guidelines' (USSG) range.

In his motion, Defendant requests that his total offense level be reduced by two levels pursuant to Amendment 782 and under the authority of 18 U.S.C. § 3582(c)(2) and USSG §1B1.10. Government counsel has reviewed Defendant's case and believes he is eligible for the two-level reduction. However, for the reasons set forth by the Court when originally imposing sentence, the Government believes Defendant's new sentence should be 290 months imprisonment.

Defendant's original USSG range was 324 to 405 months imprisonment. The Court sentenced him to 360 months imprisonment (4.5 months below the mid-point sentence). (Doc. 326.) Defendant's new USSG range will be 262 to 327 months imprisonment. The mid-point

1

sentence would be 294.5 months.  The Government is requesting the Court re-sentence Defendant to 290 months imprisonment.  Like the original sentence, this sentence would be 4.5 months below the mid-point of Defendant's USSG range.

        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney


        /s/ *David P. Zabel*
        DAVID P. ZABEL, Ks.S.Ct. # 17887
        Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas 66101
        (913) 551-6730 (telephone)
        (913) 551-6541 (facsimile)
        E-mail: dave.zabel@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2015, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    None

I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

    Carlos Lopez
    Reg. # 11522-031
    FCI Beaumont Medium
    Federal Correctional Institution
    P.O. Box 26040
    Beaumont, TX 77720

        /s/ *David P. Zabel*
David P. Zabel
Assistant United States Attorney